

# Fourth Court of Appeals
## San Antonio, Texas

June 9, 2021

No. 04-21-00235-CV

**IN RE** Peter B. **FLORES**

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2021CI06812
Honorable Angelica Jimenez, Judge Presiding

# O R D E R

Sitting:  Irene Rios, Justice
    Beth Watkins, Justice
    Lori I. Valenzuela, Justice

Relator's petition for writ of mandamus and motion for temporary relief are denied. An opinion will be forthcoming.

It is so **ORDERED** June 9, 2021.

**PER CURIAM**

ATTESTED TO: _____
MICHAEL A. CRUZ,
CLERK OF COURT